UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIKE C. SOOK,

                        **Plaintiff,**

            v.                                    Civil No.3:13-cv-02187-AA

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                        **Defendant.**

## JUDGMENT

    Pursuant to the Opinion and Order signed on February 6, 2015, this action is reversed and remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 6th day of February, 2015.

                                                                  /s/ Ann Aiken
                                                                 Ann Aiken
                                                   United States District Judge